JEFFREY W. KRAMER (SBN 71547)
Email:      jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email:      amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

JS-6

Attorneys for Plaintiffs
Broadcast Music, Inc.; We Blow's Up Music;
T-Girl Music, LLC; Seasons Four Music; EMI
Virgin Songs, Inc. d/b/a EMI Longitude Music;
Fox-Gimbel Productions, Inc.; Rodali Music; EMI
Blackwood Music, Inc.; Golo Publishing
Company; Hip City Music, Inc.; Hifrost Publishing

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; WE BLOW'S UP MUSIC; T GIRL MUSIC, LLC; SEASONS FOUR MUSIC; EMI VIRGIN SONGS, INC. D/B/A EMI LONGITUDE MUSIC; FOX-GIMBEL PRODUCTIONS, INC.; RODALI MUSIC; EMI BLACKWOOD MUSIC, INC.; GOLO PUBLISHING COMPANY; HIP CITY MUSIC, INC.; HIFROST PUBLISHING,<br><br>            Plaintiffs,<br>      v.<br><br>WANTON GROUP KT, LLC d/b/a MEDUSA LOUNGE; JIM SUNG LEE and YING CAI, each individually,<br><br>            Defendants. | Case No. 2:15−cv−02847 RGK(MRWx)<br><br>~~PROPOSED~~ ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE |

**TroyGould
PC**

03202-0044  271514.1

1        Plaintiffs Broadcast Music, Inc.; We Blow's Up Music; T-Girl Music, LLC;

2    Seasons Four Music; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music; Fox-

3    Gimbel Productions, Inc.; Rodali Music; EMI Blackwood Music, Inc.; Golo

4    Publishing Company; Hip City Music, Inc.; Hifrost Publishing (collectively,

5    "Plaintiffs"), by their attorneys, submitted a request for dismissal with prejudice,

6    based on the following.

7        A.    The Parties to this action have jointly reached a settlement of all claims.

8        B.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

9    Counsel for Plaintiffs request that the action alleged against Defendants Wanton

10   Group KT, LLC d/b/a Medusa Lounge; Jim Sung Lee and Ying Cai, be hereby

11   dismissed WITH PREJUDICE.

12       C.    Plaintiffs request that this Court retain jurisdiction over this matter for

13   enforcement of the settlement agreement.

14       THEREFORE:

15       Good cause appearing therefor, IT IS HEREBY ORDERED:

16       (1)    This action is hereby dismissed WITH PREJUDICE, each of the parties

17   to pay their own costs of the action; and

18       (2)    This Court shall retain jurisdiction over this matter for enforcement of

19   the settlement agreement and the consent judgment.

20   IT IS SO ORDERED.

21   Dated:  August 18, 2015

22                                           _____
                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**TroyGould
PC**

PROPOSED ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE

03202-0044  271514.1